# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**In re** Noel Antonio Hernandez                                       **Case No.** 19-12051-KHK

**Debtor(s)**                                              **Chapter** 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 5,844.95, currently on deposit with the Treasury of the United States, be returned to:

Dilks & Knopik, LLC
c/o Tommy Andrews, Jr.
Tommy Andrews, Jr., P.C.
122 North Alfred Street
Alexandria, VA 22314

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Dec 4 2020                         /s/ Klinette H Kindred
                                         United States Bankruptcy Judge

                                         NOTICE OF JUDGMENT OR ORDER
                                         ENTERED ON DOCKET:
                                         December 4, 2020

pc: Financial Administrator

[ounclmfd ver. 03/06]